**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 138 MM 2014
:
Respondent :
:
:
:
:
v. :
:
:
:
ANDREW E. GINES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> and the Application for Appointment of Counsel are **DENIED**.